UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS SILIS, et al.,

    Plaintiffs,

v.    Case No. 8:09-cv-1255-T-30EAJ

TNT ROOFING, INC., et al.,

    Defendants.
_____/

### ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Dismissal (Dkt. #6). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 25, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-1255.dismissal 6.wpd